OPINION — AG — FUNDS APPROPRIATED BY THE LEGISLATURE TO THE AERONAUTICS COMMISSION MAY BE LAWFULLY GIVEN OR CONTRIBUTED TO INCORPORATED CITIES OR TOWN (MUNICIPALITIES) FOR ACQUISITION OF LAND IN ORDER TO CONSTRUCT AN AIRPORT FOR USE BY THE PUBLIC. CITE: ARTICLE V, SECTION 15, 3 O.S. 1971 85 [3-85](G), 3 O.S. 1971 82 [3-82](1) (GIFT), 3 O.S. 1971 86 [3-86] (AMALIJA J. HODGINS)